DANIEL BRADLEY, Respondent, *v.* THE SEABOARD NATIONAL BANK, Appellant.

(Argued September 30, 1901; decided October 4, 1901.)

Motion to re-open appeal and for leave to move for a reargument denied, without costs. (See 167 N. Y. 427.)

---

SARAH A. FROUNFELKER, Appellant, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

*Frounfelker* v. *Delaware, L. & W. R. R. Co.*, 48 App. Div. 206, appeal withdrawn.

(Submitted September 30, 1901; decided October 4, 1901.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1900, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the appeal was taken by mistake.

*Hatch & Wickes* for motion.

*Hamilton Odell* opposed.

Motion granted, upon payment of costs.

---

GEORGE MILLER, Respondent, *v.* JOHN KING et al., as Receivers of THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellants.

(Submitted September 30, 1901; decided October 4, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 394.)